**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

KENNETH HINTON                                                                                          PETITIONER
ADC #129731

vs.                                              Case No. 4:20-cv-00034 JM-JTK

DEXTER PAYNE, *Director*,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After careful review of the proposed findings and partial recommended disposition and the timely objections thereto, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (DE #21) is DENIED.

IT IS SO ORDERED this 9th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE