**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENNETH HINTON,**                                                                          **PETITIONER**
**ADC #129731**

**v.**                                   **CASE NO. 4:20-CV-00034-JM-JTK**

**DEXTER PAYNE**                                                                          **RESPONDENT**


## <u>JUDGMENT</u>

     Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED

and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

     SO ADJUDGED this 2nd day of June, 2022.


_____
UNITED STATES DISTRICT JUDGE